# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL ACTION NO. 3:19-CR-159-S |
| § | |
| SIDNEY RAY WILLIAMS (1) § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant Sidney Ray Williams's supervised release to the United States Magistrate Judge for proper consideration. On September 22, 2022, the Magistrate Judge issued the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Report & Recommendation") [ECF No. 102] following a revocation hearing on the same date. Defendant objected to the Report & Recommendation in Defendant's Objection to Sentencing Recommendation and Request for Opportunity to Allocute ("Defendant's Objection") [ECF No. 105], and the Government responded to Defendant's Objection in the Government's Response to Defendant's Objection to Sentencing Recommendation and Request for Opportunity to Allocute [ECF No. 106]. The Court conducted a hearing on December 15, 2022, to address Defendant's objection and provide Defendant with an opportunity to allocute.

Having received the Report & Recommendation, conducted a review of its findings, and provided Defendant the opportunity to allocute before the undersigned, the Court **OVERRULES** Defendant's Objection [ECF No. 105] as it relates to the objection to the Magistrate Judge's findings for the reasons stated on the record of the December 15, 2022, hearing. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and **ADOPTS** the same.

It is therefore **ORDERED** that the Report & Recommendation [ECF No. 102] and the findings made during the September 22, 2022, hearing are **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED** and that Defendant is sentenced to a term of imprisonment of five (5) months with no supervised release to follow. Defendant shall surrender to the custody of the United States Marshal before 2:00 P.M. on Wednesday, January 18, 2023, and continue to comply with the conditions of his supervised release before he surrenders to the custody of the United States Marshal.

**SO ORDERED.**

SIGNED December 16, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**